**2**

HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN D. JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: (559) 438-4374
Facsimile:  (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com

Proposed Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

JIROUDI FAY, LLC,

                    Debtor-in-Possession.

Case No.: 13-12343

Chapter 11

DC No. KDG-1

[No Hearing Requested]

## <u>NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 1015-1</u>

NOTICE IS HEREBY GIVEN, in accordance with Local Rule 1015-1, that the above-captioned case of Jiroudi Fay, LLC, Case No. 2013-12343, filed with the Fresno Division of the United States Bankruptcy Court on April 2, 2013, is related to the following chapter 11 case also filed in the same court on April 2, 2013:

*In re Mehrdad Fay, U.S. Bankruptcy Court, Eastern District, Case No. 2013-12342.*

Mehrdad Fay is one of the two managing members of Jiroudi Fay, LLC and owns a 50% membership interest. Nasser Jiroudi owns the other 50% membership interest in Jiroudi Fay, LLC.

Date: April 2, 2013

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By:   /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN, ESQ.
CHRISTIAN D. JINKERSON, ESQ.,
Proposed Attorneys for Debtor-in-Possession